# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROBERT HAILEY,

    Plaintiff,

v.                                Case No. 3:15-cv-1458-J-32JBT

SHAW'S SOUTHERN BELLE
FROZEN FOODS, INC., a Florida
Profit Corporation,

    Defendant.

## **O R D E R**

This case is before the Court on the Joint Motion for Approval of FLSA Settlement and to Dismiss the Case With Prejudice (Doc. 39). On August 17, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 44) recommending that the Motion be Granted, the FLSA Settlement Agreement be Approved, and that the action be Dismissed with prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 44), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 44) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of FLSA Settlement and to Dismiss Case With Prejudice (Doc. 39) is **GRANTED**.

3. The FLSA Settlement Agreement (Doc. 39-2) is **APPROVED**.

4. This action is **DISMISSED with prejudice**.

5. The Clerk is directed to terminate any pending motions, vacate any remaining timelines, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of September, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

jjb
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record